IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JERRY MATTHEWS, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>(1) PARALLON BUSINESS SOLUTIONS, )<br>LLC, )<br>)<br>  Defendant. ) | 6:15-CV-00114-RAW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, which states:

  A non-governmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns ten percent or more of its stock or states that there is no such corporation.

<u>                    Parallon Business Solutions, LLC                    </u>
Name of Party

who is a (check one) [X]DEFENDANT in this action, makes the following disclosure:

  **1. Is party a publicly held corporation or other publicly held entity?**

  (Check one) []YES [X]NO

  **2. Does party have any parent corporations?**

  (Check one) [X]YES []NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations: Parallon Business Solutions LLC is wholly owned by Parallon Holdings LLC. Parallon Holdings LLC is wholly owned by Healthtrust Inc.  Healthtrust Inc. is wholly owned by HCA Inc.

  **3. Is ten percent or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

  (Check one) []YES [X]NO

If YES, identify all such owners:

**4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one) []YES [X]NO

If YES, identify entity and nature of interest:

**5. Is party a trade association?**

(Check one) []YES [X]NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own ten percent or more of a member's stock:

DATED this 16th day of July, 2015.

                Respectfully submitted,

                s/*Lysbeth L. George*
                Lysbeth George, OBA #30562
                CROWE & DUNLEVY
                A Professional Corporation
                Braniff Building
                324 N. Robinson Ave., Suite 100
                Oklahoma City, OK 73102-8273
                (405) 235-7700
                (405) 239-6651 (Facsimile)
                lysbeth.george@crowedunlevy.com

                ATTORNEY FOR DEFENDANT PARALLON BUSINESS SOLUTIONS, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2015, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Victor R. Wandress                 victor@paramount-law.net

                *s/Lysbeth L. George*
                Lysbeth L. George